# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| Roy King | ) | JUDGMENT IN CASE |
| Sally King**,** | ) |  |
| Plaintiff(s), | ) | 3:23-cv-00363-FDW-DCK |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Anson County Tax Assessor, et al**,** | ) |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 24, 2023 Order.

July 24, 2023

_____

Katherine Hord Simon, Clerk
United States District Court